IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MANDY GRIFFIN**                                                                                          **PLAINTIFF**

**v.**                                  **CASE NO. 4:07CV01212 BSM**

**JIMMIE WEBB, in her individual and official
capacities as a nurse at Arkansas Health Center
for the Department of Health Services, and JOHN SELIG,
in his official capacity as Director of the Arkansas
Department of Health and Human Services,
ARKANSAS DEPARTMENT OF HUMAN SERVICES,
and ARKANSAS HEALTH CENTER**                                                          **DEFENDANTS**

## PROTECTIVE ORDER

It appears to this Court that Plaintiff has requested of defendants Jimmie Webb, in her individual and official capacities, John Selig, in his official capacity, Arkansas Department of Human Services, and Arkansas Health Center release documents which contain confidential information. The unprotected release of such documents would constitute an unwarranted invasion of privacy of Arkansas Health Center employees and patients who are not parties to this litigation, but who are named or listed in such documents.

IT IS THEREFORE ORDERED that these documents and confidential information contained within it may be used only in connection with preparing and presenting the present case to this Court. The dissemination, release, or use of these documents or the confidential information contained within them for purposes unrelated to the litigation of this matter is prohibited. This Protective Order does not prevent either party from using these documents or the information contained within it *in its redacted form* in an unsealed manner during discovery, in motions, or during trial. Furthermore,

this Protective Order does not limit the parties' rights pursuant to the Freedom of Information Act.

   IT IS FURTHER ORDERED that any documents obtained by the plaintiff shall remain in the custody of the plaintiff. Neither the plaintiff nor anyone acting for or on the plaintiff's behalf shall in any manner, directly or indirectly, transfer or communicate any of this information to any person not a party to this litigation other than for proper purposes directly related to the trial of this action, and that any such person to whom such communication is made is bound by the terms of this Order.

   IT IS SO ORDERED this 21th day of July, 2008.

                       */s/ Brian S. Miller*
                       UNITED STATES DISTRICT JUDGE