# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MANDY GRIFFIN**                                                     **PLAINTIFF**

v.                **No. 4:07CV1212 BSM**

**JIMMIE WEBB, et al.**                                    **DEFENDANTS**

## ORDER

On this day, the court being informed that all terms of the prior settlement have been fulfilled to the satisfaction of each party, hereby dismisses the complaint of Mandy Griffin with prejudice.

IT IS SO ORDERED on this 26th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE